JAMES E. MURPHY, ESQ.
Nevada Bar No. 8586
LAXALT & NOMURA, LTD.
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
Email: jmurphy@laxalt-nomura.com

Attorneys for Defendant
Metropolitan Group Property and Casualty
Insurance Company erroneously sued herein as
Metropolitan Life Insurance Company,
a New York Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICK MARTINEZ and JUDI MARTINEZ, | Case No.:  2:10-cv-01701 JCM-PAL |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation, DOES I through X, | |
| Defendants. | |

IT IS STIPULATED AND AGREED:

The parties herein, through their respective attorneys of record, hereby stipulate that the above-entitled matter be dismissed with prejudice, as to all claims involving Plaintiffs NICK MARTINEZ and JUDI MARTINEZ, as against Defendant METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, erroneously sued herein as METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation be dismissed in

LAXALT & NOMURA, LTD
ATTORNEYS AT LAW
6720 VIA AUSTI PKWY
SUITE 430
LAS VEGAS, NV 89119

Page 1 of 3

its entirety, with each of the parties to pay their own fees and costs incurred therein.

Dated this 22 day of Dec, 2010.                    Dated: 16 day of December 2010.

LAXALT & NOMURA, LTD.                              VANNAH AND VANNAH

_____                        _____
JAMES E. MURPHY, ESQ.                              MATTHEW R. VANNAH, ESQ.
Nevada Bar No. 8586                                Nevada Bar No. 6855
6720 Via Austi Parkway, Suite 430                  400 South Fourth Street, Sixth Floor
Las Vegas, NV 89119                                Las Vegas, Nevada 89101
*Attorneys for Defendants*                         *Attorneys for Plaintiffs*

## ORDER

Pursuant to the foregoing stipulation, and good cause showing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all causes of action involving NICK MARTINEZ and JUDI MARTINZ, as against METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY erroneously sued herein as Metropolitan Life Insurance Company, a New York corporation, are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 28th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LAXALT & NOMURA, LTD.

_____
JAMES E. MURPHY, ESQ.
Nevada Bar No. 8586
LAXALT & NOMURA, LTD.
6720 Via Austi Parkway, Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
Attorney for Defendants
Email: jmurphy@laxalt-nomura.com
Attorneys for Defendant
Metropolitan Group Property and Casualty
Insurance Company erroneously sued herein as
Metropolitan Life Insurance Company, a New York Corporation